UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LISA MARTIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-1131 (RJL) |
| CARLOS GUITIERREZ, et al., | ) ) ) | |
| Defendant. | ) ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

     Defendants, by counsel, hereby move for an extension of time to October 9, 2008 to file its response to plaintiff's complaint. The requested extension of time is merited for the following reasons:

     1. Defendants would have hoped to file a timely response to the complaint in this case. But, counsel for defendants has been and will be addressing litigation demands in other cases that will preclude a timely filed response in this matter. Specifically, counsel for defendants presently is involved in extensive discovery in the District Court cases of Turner v. Chertoff, C.A. No. 07-1105 (RMU) and Chavers v. Mansfield, 07-1911(ESH); briefing and preparation for oral argument on plaintiff's motion for preliminary injunction and defendant's dispositive motion in Coalition for Common Sense in Government Procurement v. Department of Defense, 08-996 (JDB); preparation of dispositive motions in White v. Bureau of Prisons, C.A. No. 08-1376 (RWR), and Hargrove v. Gooding, C.A. No. 08-743 (RWR); and preparation for the pretrial conference in Porter v. Tobias, C.A. 04-1440 (RBW). These and other demands necessitate this

requested enlargement.

2. Counsel for defendants has spoken with counsel for plaintiff regarding this motion, and counsel for plaintiff consents to the requested enlargement of time.

Defendants, therefore, requests an enlargement of time to and including October 9, 2008 within which to file their response to plaintiff's complaint.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ALEXANDER D. SHOAIBI, D.C. BAR # 423587
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4218
Washington, D.C. 20530
(202) 514-7236

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that service of the foregoing Consent Motion for Extension of Time has been made on plaintiff's counsel through the ECF system.

_/s/_____
ALEXANDER D. SHOAIBI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LISA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1131 (RJL) |
| | ) | |
| CARLOS GUITIERREZ, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**UPON CONSIDERATION** of the first consent motion for enlargement filed by defendants, it is hereby **ORDERED** that the motion is **GRANTED**, and that defendants shall file their response to plaintiff's complaint on or before October 9, 2008.

_____
JUDGE RICHARD J. LEON